

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 19, 2022

**Application GRANTED. The parties shall file a status update letter by February 18, 2022. The Clerk of Court is directed to terminate ECF No. 11. SO ORDERED.**

January 20, 2022

VIA ECF
Hon. Jesse M. Furman
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re: *Altairi, et al. v. Garland, et al.*, No. 21 Civ. 9413 (JMF)

Dear Judge Furman:

    This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to reaffirm their Petition for Alien Relative (Form I-130). I write to respectfully request, with the plaintiffs' consent, that the Court stay further proceedings (including the date for the government's response to the complaint)[1] *sine die* given USCIS's recent reaffirmation of the Form I-130. The parties are discussing the status of the case in light of USCIS's action and respectfully request that the matter be stayed while those discussions are ongoing. The parties respectfully submit that the requested stay is in the interests of efficiency and conservation of judicial and party resources. If the Court grants the request, the parties will file a status letter no later than February 18, 2022.

    I thank the Court for its consideration of this letter.

                                                      Respectfully submitted,

                                                      DAMIAN WILLIAMS
                                                      United States Attorney

                            By:   *s/ Michael J. Byars*
                                   MICHAEL J. BYARS
                                   Assistant United States Attorney
                                   Telephone: (212) 637-2793
                                   Facsimile: (212) 637-2786
                                   E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)

---

[1] The government's response currently is due January 20, 2022. I apologize for making this request one day before the response is due; however, it is based on very recent developments.